**William Anthony TACCINO,
Plaintiff-Appellant,**

v.

**COMMISSIONER, SOCIAL
SECURITY, Defendant-
Appellee.**

No. 17-1584

United States Court of Appeals,
Fourth Circuit.

Submitted: September 18, 2017

Decided: November 13, 2017

William A. Taccino, Appellant Pro Se.
Gabriel Robert Deadwyler, SOCIAL SE-
CURITY ADMINISTRATION, Baltimore,
Maryland, for Appellee.

Before DIAZ and THACKER, Circuit
Judges, and HAMILTON, Senior Circuit
Judge

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William A. Taccino appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and granting
defendant's motion to dismiss his civil com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Taccino v. Comm'r, Soc. Sec.,*
No. 1:16-cv-02775-JFM (D. Md. Mar. 30,
2017). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED*